DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GEICO GENERAL INSURANCE COMPANY,**
Appellant,

v.

**CHIROMEDIC FAMILY PRACTICE LLC,** a/a/o **SYLVIA ANTON,**
Appellee.

No. 4D21-513

[June 30, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; John D. Fry, Judge; L.T. Case Nos. CONO19-5107 and CACE20-4057.

Michael A. Rosenberg, Thomas L. Hunker and Peter Weinstein of Cole, Scott & Kissane, P.A., Plantation, for appellant.

Alan I. Karten of Law Office of Alan I. Karten, PLLC, Boynton Beach, for appellee.

PER CURIAM.

*Affirmed. See Geico Indem. Co. v. Muransky Chiropractic, P.A.*, No. 4D21-0457 (Fla. 4th DCA June 24, 2021).

GROSS, MAY and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***